AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2022

SEAN F. McAVOY, CLERK

DAVID MICHAEL ALVES,

_Plaintiff_

v.

WELL PATH, DR. VIVIK SHAH,
and SHERRY JOHNSON,

_Defendant_

)
)
)
)
)
)

Civil Action No.   1:21-CV-03153-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ _____ .

☑  other:   This action is DISMISSED for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge            ROSANNA MALOUF PETERSON.

Date:  2/11/2022

_CLERK OF COURT_

SEAN F. McAVOY

s/ Tonia Ramirez

_(By) Deputy Clerk_

Tonia Ramirez